**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 06-cr-00148-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. MIKEL LEVI TUCSON,

      Defendant.

## MINUTE ORDER[1]

On **December 13, 2011**, commencing at 10:00 a.m., the court shall conduct a revocation of supervised release hearing in this matter. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

      Dated: November 15, 2011

---

[1]